NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN SALES, LLC,**
*Plaintiff-Cross-Appellant*

v.

**SANDOZ, INC., ALCON LABORATORIES, INC., ALCON RESEARCH, LTD.,**
*Defendants-Appellants*

---

2017-1499, -1500, -1558, -1559

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:12-cv-00207-JRG and 2:15-cv-00347-JRG, Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Appellants' unopposed motion to schedule oral argument in the above-captioned appeals for October 2017,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                        ALLERGAN SALES, LLC v. SANDOZ, INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31